# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN R. ROSS,<br><br>               Plaintiff,<br><br>   v.<br><br>E. CASTRO, et al.,<br><br>              Defendants.<br>_____/ | CASE NO: 1:12-cv-01746-LJO-GBC (PC)<br><br>ORDER RE: PLAINTIFF'S OBJECTIONS TO DISMISSAL<br><br>Doc. 6 |

      Plaintiff Alvin Ross ("Plaintiff"), is a state prisoner proceeding pro se. On October 26, 2012, Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983, and filed a motion to proceed in forma pauperis ("IFP"). Doc. 1; Doc. 2. On November 6, 2012, the Court dismissed the action pursuant to 28 U.S.C. § 1915(g). Doc. 4. On November 29, 2012, Plaintiff filed objections in which he disputes the Court's conclusion that the action *Ross v. Arnelle*, 1:98-cv-5303-REC-HGB (E.D. Cal. dismissed 11/13/1998 as frivolous) is a strike. Doc. 6.

      Plaintiff's contentions are without merit. However, given that the record for the 1998 dismissal is not readily available on electronic databases, this Court directs the Clerk to attach the dismissal as an exhibit.

      IT IS SO ORDERED.

**Dated:   December 27, 2012**        /s/  Lawrence J. O'Neill
                                                      UNITED STATES DISTRICT JUDGE