# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN R. ROSS, | Case No. 1:12-cv-01746-LJO-SAB-(PC) |
| Plaintiff, | ORDER VACATING ORDER DENYING PLAINTIFF IN FORMA PAUPERIS STATUS (ECF No. 3.) |
| v. | |
| E. CASTRO, et al., | ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY CALIFORNIA DEPARTMENT OF CORRECTIONS |
| Defendants. | |

Plaintiff Alvin R. Ross ("Plaintiff") is a prisoner proceeding pro se pursuant to 42 U.S.C. § 1983. On November 6, 2012, the Court issued an order denying Plaintiff status to proceed in forma pauperis. (ECF No. 3.) On January 9, 2013, Plaintiff appealed to the Ninth Circuit Court of Appeals. (ECF No. 8.) On May 28, 2013, the Ninth Circuit reversed the order denying Plaintiff in forma pauperis status and found that Plaintiff did not have three strikes under 28 U.S.C. § 1915(g) prior to filing his complaint. On June 20, 2013, the Ninth Circuit issued its formal mandate. (ECF No. 13.) Accordingly, the Court's November 6, 2012 order is vacated and Plaintiff shall be allowed to proceed in this matter in forma pauperis.

Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent of

the preceding month's income credited to Plaintiff's trust account.  The California Department of Corrections is required to send to the Clerk of the Court payments from Plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

> Accordingly, it is hereby ORDERED that:
>
> 1. The Court's November 6, 2012 order revoking Plaintiff's status to proceed in forma pauperis is hereby VACATED;
>
> 2. The Director of the California Department of Corrections or his designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court.  The payments shall be clearly identified by the name and number assigned to this action.
>
> 3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's in forma pauperis application on the Director of the California Department of Corrections, via the court's electronic case filing system (CM/ECF).
>
> 4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Fresno Division; and

///

///

5. Within sixty (60) days of the date of service of this order, Plaintiff shall submit a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint, if Plaintiff has not already done so.

IT IS SO ORDERED.

Dated: **June 21, 2013**

UNITED STATES MAGISTRATE JUDGE