# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN R. ROSS,<br><br>    Plaintiff,<br><br>    v.<br><br>E. CASTRO, et al.,<br><br>    Defendants. | Case No.  1:12-cv-01746-LJO-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO VACATE IFP STATUS AND CASE FOR LACK OF JURISDICTION<br><br>(ECF No. 15) |

Plaintiff Alvin R. Ross ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action was filed on October 26, 2012, and is pending screening.  On July 22, 2013, Plaintiff filed a motion to "vacate IFP status and case due to lack of jurisdiction."  (ECF No. 15.)  Plaintiff requests that the Court "vacate or amend" its order directing the payment of inmate filing fees under 28 U.S.C. § 1915(b)(1) and "possibly dismiss this matter altogether for lacking jurisdiction."  Plaintiff notified the Court that he currently has a pending case in state court that addresses the claims of this case.  Plaintiff asserts that he "cannot be charged with two separate IFP fees for the exact same case."  Plaintiff further asserts that "[t]his Court no longer has proper jurisdiction" over this matter "unless it becomes necessary to transfer to a Federal Court."

A pending related case in state court does not affect the Court's jurisdiction in this matter.

1

If Plaintiff wishes to proceed in this matter, the Court's order directing the payment of inmate filing fees will not be vacated. Although the Court has granted Plaintiff leave to proceed in this matter in forma pauperis, Plaintiff is nonetheless required to pay the statutory filing fee in accordance with 28 U.S.C. 1915(b)(1). If Plaintiff does not wish to pay the filing fee, he has a right to voluntarily dismiss his case. Fed. R. Civ. P. 41(a). "[U]nder Rule 41(a)(1)(I), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'" Commercial Space Mgmt. Co. v. Boeing Co., 193 F.3d 1074, 1077 (9th Cir. 1999) (quoting Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)). Accordingly,

IT IS HEREBY ORDERED that Plaintiff's July 22, 2013 motion to vacate IFP status is DENIED. If Plaintiff does not wish to pay the filing fee, he may notify the Court in writing that he wishes to voluntarily dismiss this action pursuant to Fed. R. Civ. P. 41(a).

IT IS SO ORDERED.

Dated:  **July 24, 2013**

UNITED STATES MAGISTRATE JUDGE